HELEN VAN BUREN, as Administratrix of the Estate of GRANT VAN BUREN, Deceased, Respondent, *v.* TOWN OF RICHMONDVILLE, Appellant.

Argued May 20, 1938; decided June 3, 1938.

*Milo R. Kniffen* for appellant.

*Sharon J. Mauhs* and *J. Ernest Wharton* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. We find no evidence of negligence. No opinion. (See 278 N. Y. 719.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.